[No. 40445-8-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DAVID BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00320-4, Anthony P. Wartnik, J., entered March 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40485-7-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-07810-9, Anthony P. Wartnik, J., entered April 2, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40553-5-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. S.E., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-07764-1, Anthony P. Wartnik, J., entered April 2, 1997. *Reversed* by unpublished per curiam opinion. Now published at 90 Wn. App. 886.

[No. 40554-3-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL WHEATON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00530-4, Deborah D. Fleck, J., entered April 7, 1997. *Affirmed* by unpublished per curiam opinion.